IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher R. Hall, | : | CIVIL ACTION |
| | : | NO. 19-4382 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Shawn Nisbet, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this **20th** day of **December, 2022,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 79), Plaintiff's Motion for Summary Judgment (ECF No. 86), and Defendants' Response thereto (ECF No. 87), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 79) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (ECF No. 86) is **DENIED**;

3. The matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**